# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# BECKLEY

**UNITED STATES OF AMERICA**

**V.**                                                                **CRIMINAL NO. 5:18-cr-00026-11**

**ROSWELL TEMPEST LOWRY, M.D.**

## DISCLOSURE OF EXPERT
## ON BEHALF OF DEFENDANT
## ROSWELL TEMPEST LOWRY

Defendant Roswell Tempest Lowry, by counsel, hereby discloses to the government, Bruce D. Nicholson, M.D., as an Expert Witness in this case. A report will be provided as soon as it is available, along with Dr. Nicholson's curriculum vitae.

Respectfully submitted,

**ROSWELL TEMPEST LOWRY, M.D.**

By: /s/ Brian D. Yost, Esq.
      Counsel for Defendant
      WV State Bar ID #4166

HOLROYD & YOST
209 W. Washington St.
Charleston, WV 25302
(304) 343-7501

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY**

**UNITED STATES OF AMERICA**

**V.**                                                                                          **CRIMINAL NO. 5:18-cr-00026-11**

**ROSWELL TEMPEST LOWRY, M.D.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October, 2019, I electronically filed the foregoing **Disclosure of Expert** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Monica D. Coleman, AUSA
Meredith George Thomas, AUSA
United States District Court for the
Southern District of West Virginia
P.O. Box 1713
Charleston, WV 25326-1713

                                                                                    */s/ Brian D. Yost*
                                                                          Brian D. Yost (W.Va. Bar# 4166)